UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA GRITZINGER,

    Plaintiff,

v.

                             Case No. 20-cv-11878
                             Hon. Matthew F. Leitman

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER (1) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 18) AND (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 19)

In this action, Plaintiff Lisa Gritzinger challenges the denial of her applications for Disability Insurance Benefits and Social Security Income. (*See* Compl., ECF No. 1.) Gritzinger and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Mots., ECF Nos. 18, 19.)

On July 29, 2021, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court deny Gritzinger's motion and grant the Commissioner's motion (the "R&R"). (*See* R&R, ECF No. 20.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.1763-1764.)

1

Neither party has filed any objections to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because the parties have not filed any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to deny Gritzinger's Motion for Summary Judgment and grant the Commissioner's Motion for Summary Judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Gritzinger's Motion for Summary Judgment (ECF No. 18) is **DENIED** and (2) the Commissioner's Motion for Summary Judgment (ECF No. 19) is **GRANTED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 18, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764