UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA GRITZINGER,

    Plaintiff,                                       Case No. 20-cv-11878
                                                                 Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

                                                             s/Matthew F. Leitman
                                                             MATTHEW F. LEITMAN
                                                             UNITED STATES DISTRICT JUDGE

Dated: August 18, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2021, by electronic means and/or ordinary mail.

                                                             s/Holly A. Monda
                                                            Case Manager
                                                            (810) 341-9764